**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| 1900 MARKET LLC and<br>ANODYNE HS GROUP, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-1108-CFC |
| | ) | |
| BLACKFYRE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs 1900 Market LLC and Anodyne HS

Group, LLC ("Plaintiffs") and defendant Blackfyre USA, Inc. ("Defendant") jointly stipulate to

the voluntary dismissal of any and all claims by and between Plaintiffs and Defendant with

prejudice.  Each party shall bear its own attorneys' fees and costs except as otherwise agreed

among the parties.


DATED: March 5, 2024                                   **DLA PIPER LLP (US)**

**OF COUNSEL:**                                            /s/ Ronald N. Brown, III
                                                          Ronald N. Brown, III (I.D. No. 4831)
Catherine Pastrikos Kelly                                 Stephanie E. O'Byrne (I.D. No, 4446)
MEYER AND LANDIS, LLP                                     Kelly L. Freund (I.D. No. 6280)
100 Park Avenue, 16th Floor                               1201 N. Market Street, Suite 2100
New York, NY 10017                                        Wilmington, DE 19801
(973) 602-3423                                            (302) 468-5700
ckelly@meyner.com                                         ronald.brown@us.dlapiper.com
                                                          stephanie.obyrne@us.dlapiper.com
                                                          kelly.freund@us.dlapiper.com
Elena Rizzo
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020                                        *Attorneys for Plaintiffs 1900 Market LLC*
(212) 335-4500                                            *and AnodyneHS Group LLC*

**ABRAMS & BAYLISS LLP**

**OF COUNSEL:**

Blair Connelly, Esq.
(*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Blair.Connelly@lw.com

*/s/ A. Thompson Bayliss*
A. Thompson Bayliss (#4379)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
bayliss@abramsbayliss.com

*Attorneys for Defendant Blackfyre USA, Inc.*

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Colm F. Connolly
United States District Judge

2