# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 1900 MARKET LLC and ANODYNE HS GROUP, LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>BLACKFYRE USA, INC., )<br><br>Defendant. ) | Case No. 23-cv-1108-CFC |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs 1900 Market LLC and Anodyne HS Group, LLC ("Plaintiffs") and defendant Blackfyre USA, Inc. ("Defendant") jointly stipulate to the voluntary dismissal of any and all claims by and between Plaintiffs and Defendant with prejudice. Each party shall bear its own attorneys' fees and costs except as otherwise agreed among the parties.

DATED: March 5, 2024

**OF COUNSEL:**

Catherine Pastrikos Kelly
MEYER AND LANDIS, LLP
100 Park Avenue, 16th Floor
New York, NY 10017
(973) 602-3423
ckelly@meyner.com

Elena Rizzo
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212) 335-4500

**DLA PIPER LLP (US)**

*/s/ Ronald N. Brown, III*
Ronald N. Brown, III (I.D. No. 4831)
Stephanie E. O'Byrne (I.D. No, 4446)
Kelly L. Freund (I.D. No. 6280)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
ronald.brown@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com
kelly.freund@us.dlapiper.com

*Attorneys for Plaintiffs 1900 Market LLC and AnodyneHS Group LLC*

| | |
|---|---|
| **OF COUNSEL:** | **ABRAMS & BAYLISS LLP** |
| | */s/ A. Thompson Bayliss* |
| Blair Connelly, Esq. | A. Thompson Bayliss (#4379) |
| (*pro hac vice* forthcoming) | 20 Montchanin Road, Suite 200 |
| LATHAM & WATKINS LLP | Wilmington, DE 19807 |
| 1271 Avenue of the Americas | (302) 778-1000 |
| New York, NY 10020 | bayliss@abramsbayliss.com |
| (212) 906-1200 | |
| Blair.Connelly@lw.com | *Attorneys for Defendant Blackfyre USA, Inc.* |

IT IS SO ORDERED this 5th day of March 2024.

/s/ Colm F. Connolly
───────────────────────
The Honorable Colm F. Connolly
United States District Judge

2